UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 3:06-cr-204-J-33MCR

ROBERT C. BROWN

## FINAL JUDGMENT OF FORFEITURE

This matter is before the Court upon the June 14, 2007 Motion and Memorandum of the United States for Issuance of a Final Judgment of Forfeiture (Dkt. 226), pursuant to 18 U.S.C. § 982, as to the following:

    a.    2004 Cadillac Escalade, VIN 1GYEC63T14R233421, Florida license tag X74ILG;

    b.    2004 Cadillac Escalade, VIN 1GYEK63N64R242961, Florida license tag X73ILG;

    c.    All United States currency funds or other monetary instruments in the approximate amount of $55,162.86 credited to Wachovia Bank Account #1010077092580, located at 12222 San Jose Boulevard, Jacksonville, Florida, in the name of Robert Brown;

    d.    All United States currency funds or other monetary instruments in the approximate amount of $29,241.38 credited to Wachovia Bank Account #2090002868517, located at 12222 San Jose Boulevard, Jacksonville, Florida, in the name of RCB, Inc., Medical Clinic;

    e.    All United States currency funds or other monetary instruments in the approximate amount of $512,962.89 credited to Wachovia Bank Account #1010091957025, located at 12222 San Jose Boulevard, Jacksonville, Florida, in the name of Robert Brown and Raquel Brown;

    f.    All United States currency funds or other monetary instruments in the approximate amount of $88,617.27 credited to Charles Schwab Account #1885-8449, located at 101 Montgomery Street, San Francisco, California, in the name of Robert C. Brown; and

    g.  a Decompression Machine, Serial Number DRX 9000-304-1003;

WHEREAS, on November 8, 2006, the Court entered its Preliminary Order of Forfeiture as to the above-described assets (Dkt. 158); and

WHEREAS, on December 5, 2006, the United States Marshals Service seized the above-referenced two 2004 Cadillac Escalades (Dkts. 174 & 175); and

WHEREAS, on December 26, 2006, the United States Marshals Service seized the contents of Wachovia Bank Account No. 1010077092580 in the approximate amount of $55,162.86 (Dkt. 163); and

WHEREAS, on December 27, 2006, the United states Marshals Service seized the following:

    a.  the contents of Wachovia Bank Account No. 2090002868517 in the approximate amount of $29,241.38 (Dkt. 166);

    b.  the contents of Wachovia Bank Account No. 1010091957025 in the approximate amount of $512,962.89 (Dkt. 165); and

    c.  the contents of Charles Schwab Account No. 1885-8449 in the approximate amount of $88,617.27 (Dkt. 162); and

WHEREAS, on December 29, 2006, the United States Marshals Service seized the Decompression Machine (Dkt. 170); and

WHEREAS, the United States published notice of the forfeiture of the above-described assets on December 12, 19 and 26, 2006 in the <u>Financial News & Daily Record</u>, which is a newspaper of general circulation in Duval County, Florida (Dkt. 176); and

WHEREAS, on December 8, 2006 notice of the forfeiture of the above-referenced assets was sent to Asset Management Holding, LLC, in care of David

Rodstein, Esquire, and to Raquel Brown and RCB Inc. Medical Center, in care of William J. Sheppard, Esquire; and

WHEREAS, no claims have been filed to the above-referenced assets, no other potential claimants are known to the government, and the time for filing such claims has expired; and

WHEREAS, the United States, on June 14, 2007, filed its Motion and Memorandum for Issuance of a Final Judgment of Forfeiture (Dkt. 226) as to the above described assets and properties. Accordingly, after due consideration and the finding of the Court that the United States has established the requisite nexus for forfeiture as to the above-described assets and properties, pursuant to 18 U.S.C. § 982, for violations of 18 U.S.C. §§ 371, 1347, 1035 and 1341, it is hereby

ORDERED and ADJUDGED that the United States' motion (Dkt. 226) is hereby GRANTED, and that the following assets and properties:

  a. 2004 Cadillac Escalade, VIN 1GYEC63T14R233421, Florida license tag X74ILG;

  b. 2004 Cadillac Escalade, VIN 1GYEK63N64R242961, Florida license tag X73ILG;

  c. All United States currency funds or other monetary instruments in the approximate amount of $55,162.86 credited to Wachovia Bank Account #1010077092580, located at 12222 San Jose Boulevard, Jacksonville, Florida, in the name of Robert Brown;

  d. All United States currency funds or other monetary instruments in the approximate amount of $29,241.38 credited to Wachovia Bank Account #2090002868517, located at 12222 San Jose Boulevard, Jacksonville, Florida, in the name of RCB, Inc., Medical Clinic;

  e. All United States currency funds or other monetary instruments in the approximate amount of $512,962.89 credited to Wachovia Bank Account #1010091957025, located at 12222 San Jose Boulevard,

        Jacksonville, Florida, in the name of Robert Brown and Raquel Brown;

    f.    All United States currency funds or other monetary instruments in the approximate amount of $88,617.27 credited to Charles Schwab Account #1885-8449, located at 101 Montgomery Street, San Francisco, California, in the name of Robert C. Brown; and

    g.    a Decompression Machine, Serial Number DRX 9000-304-1003

be and hereby are, forfeited, pursuant to 18 U.S.C. § 982, to the United States of America.  It is further

ORDERED that the United States Marshal Service shall make appropriate disposition of the assets and properties described above in accordance with the law.  It is further

ORDERED that upon final disposition of the forfeited assets and properties, the defendant will be given credit in partial satisfaction of the Personal Money Judgment entered against him (Dkt. 157) as to the net proceeds deposited into the DOJ - Asset Forfeiture Fund; thereby reducing the amount due in forfeiture from the defendant.

DONE and ORDERED in Jacksonville, Florida, this 15th day of June, 2007.

        VIRGINIA M. HERNANDEZ COVINGTON
        UNITED STATES DISTRICT JUDGE

cc:    Counsel of Record