UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                               CASE NO. 3:06-cr-204-J-33MCR

ROBERT C. BROWN

**PRELIMINARY ORDER OF FORFEITURE**
**FOR SUBSTITUTE ASSETS**

This cause comes before the Court upon the filing of the June 14, 2007 Motion of the United States for entry of a Preliminary Order of Forfeiture for Substitute Assets (Dkt. 227) as to the following substitute assets:

a. Real property, including all improvements thereon and appurtenances thereto, located at 1424 5th Street W., Jacksonville, Duval County, Florida;

b. 1995 Mercedes-Benz, VIN WDBFA67E8SF125578; and

c. 1995 Mercedes-Benz, VIN WDBGA70E3SA275129.

After due consideration and good cause having been shown, the motion of the United States (Dkt. 227) is GRANTED.  Accordingly, it is hereby

ORDERED and ADJUDGED that, pursuant to the provisions of Rule 32.2(e)(1)(B), Federal Rules of Criminal Procedure, and 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b)(1), all right, title and interest of the defendant in the above-referenced substitute assets is hereby forfeited to the United States for disposition in accordance with the law.  It is further

ORDERED that, upon adjudication of all third party interests, the Court will enter a Final Order of Forfeiture for Substitute Assets, pursuant to the provisions of Rule 32.2(c), Federal Rules of Criminal Procedure, and 21 U.S.C. § 853(n)(7), as incorporated by 18 U.S.C. § 982(b)(1).  It is further

ORDERED that the above-described substitute assets will be applied in partial satisfaction of the Personal Money Judgment entered against the defendant.  It is further

ORDERED that this Court shall retain jurisdiction in this matter to take additional action and enter further orders as necessary to implement and enforce this forfeiture order.

DONE and ORDERED in chambers in Jacksonville, Florida this <u>15th</u> day of <u>June</u>, 2007.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

c:  Counsel of Record