UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                             CASE NO. 3:06-cr-204-J-33MCR

ROBERT C. BROWN
_____/

**FINAL JUDGMENT OF FORFEITURE**

This matter comes before the Court pursuant to the government's Consent Motion for Issuance of a Final Judgment of Forfeiture (Doc. # 278), filed February 12, 2008 and this Court's Order granting the same (Doc. # 279). This Order is entered as to United States currency funds or other monetary instruments in the approximate amount of $91,158.86 credited to Wachovia Bank in the name of Raquel Brown (the "Funds").

WHEREAS, on November 8, 2006, the Court entered its Preliminary Order of Forfeiture as to the Funds (Doc. # 158); and

WHEREAS, on December 27, 2006, the United States Marshals Service seized the Funds (Doc. # 164); and

WHEREAS, the United States published notice of the forfeiture of the Funds on December 12, 19 and 26, 2006 in the Financial News & Daily Record, which is a newspaper of general circulation in Duval County, Florida (Doc. # 176); and

WHEREAS, on January 8, 2007, a third Party Petition to Recover Forfeited Property was filed by Claimant Raquel Brown (Doc. ## 167, 168); and

WHEREAS, the parties, by and through their respective counsel, have agreed to release to Claimant Raquel Brown, in care of her counsel, Albert H. Mickler, Esquire, the sum of $25,000.00 in recognition and settlement of Claimant Raquel Brown's interest in the Funds; and

WHEREAS, Claimant Raquel Brown consents to the entry of a Final Judgment of Forfeiture as to the remaining balance of $66,158.86;

WHEREAS, the United States, on February 12, 2008, filed a Consent Motion and Memorandum for Issuance of a Final Judgment of Forfeiture (Doc. # 278) as to the above described Funds, which was granted by the Court.

The Court finds that the government has established the requisite nexus for forfeiture as to the Funds, pursuant to 18 U.S.C. § 982, for violations of 18 U.S.C. §§ 371, 1347, 1035 and 1341.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED** that:

(1) As to the Funds, the sum of $66,158.86 is hereby forfeited to the United States of America and the sum of $25,000.00 is to be released to the custody and control of Claimant Raquel Brown, in care of her counsel, Albert H. Mickler, Esquire, and in accordance with specific directions to be provided by the United States Attorney's Office to the United States Marshals Service.

(2)   Each party is to bear his or her own costs and fees, including attorney's fees, incurred in any stage of this proceeding.

**DONE** and **ORDERED** in chambers, in Jacksonville, Florida, this <u>14th</u> day of February 2008.

                                             _____
                                             VIRGINIA M. HERNANDEZ COVINGTON
                                             UNITED STATES DISTRICT JUDGE

Copies:
All Counsel of Record
United States Marshals Service